UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB EUGENE GHAHHARI,<br><br>       Plaintiff,<br><br>-against-<br><br>JETBLUE AIRWAYS CORPORATION;<br>CAROL WITTENBERG, *Arbitrator for JAMS Local Solutions Global Reach*,<br><br>       Defendants. | 19-CV-4875 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated September 27, 2019, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint is dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

The Clerk of Court is directed to transmit a copy of this order to Plaintiff and note service on the docket. Plaintiff has consented to receive electronic service of Court filings. (ECF No. 2.)

SO ORDERED.

Dated: December 16, 2019
    New York, New York

                          *Louis L. Stanton*
                            Louis L. Stanton
                             U.S.D.J.