UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB EUGENE GHAHHARI,

                Plaintiff,

-against-

JETBLUE AIRWAYS CORPORATION;
CAROL WITTENBERG, *Arbitrator for JAMS Local Solutions Global Reach*,

                Defendants.

19-CV-4875 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued December 16, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 16, 2019
           New York, New York

                                                        Louis L. Stanton
                                                            U.S.D.J.